## THE INHABITANTS OF HARDWICK v. COX AND AL.

In debt on constable's bond, defendant after Oyer, set out condition of bond which recited that J. C. was elected constable—*held*, that they were es- stopped from denying that J. C. was lawfully elected constable.

This was a suit brought by the inhabitants of the township of Hardwick, in the county of Warren (for the use of George Thompson), on a constable's bond against John Cox and others, his sureties on said bond. The declaration was, in debt, in the usual form, on writing obligatory under seal, given by plaintiffs to defendants in the penal sum of 5000 dollars. The defend- ants crave oyer, and set out in their plea the bond with the fol- lowing condition : " The condition of this obligation is, that whereas the above bounden John Cox was, at the last annual meeting of the township of Hardwick, elected a constable of said township, now therefore, if the said John Cox shall truly and faithfully perform all the duties enjoined on him as consta- ble of said township, then the above obligation to be void, other- wise to be and remain in full force and virtue." The defend- ants pleaded, among other pleas, that they ought not to be charged, &c. because they say that the said John Cox, named in the said supposed writing obligatory, and condition thereof, in the first plea above pleaded and set forth, *never was lawfully elected a constable* of the township of Hardwick, and this they are ready to verify.

Demurrer to this plea by the plaintiffs

*S. G. Potts*, for plaintiffs, was stopped by the court, who called on their opposite counsel.

*Per Curiam.* The defendants are concluded from averring against the recital in their own bond. *State Bank at Elizabeth* v. *Chetwood*, 3 *Halst.* 1, 24.

Plea overruled.

Cited *in Seiple* v. *Borough of Elizabeth*, 3 *Dutch.* 410.